```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 22404
   CARL A LUNA SR
   JAYME L LUNA                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-3645      SSN XXX-XX-6698

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/14/04 and confirmed on 08/24/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  24005.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
GMAC MORTGAGE CORP       CURRENT MORTG         .00            .00           .00
STATE FARM BANK          SECURED               .00            .00           .00
STATE FARM BANK          SECURED           4287.21         182.19       4287.21
CITIZENS BANK            SECURED           1021.74          72.41       1021.74
RESURGENT CAPITAL SERVIC UNSECURED         4725.13            .00       4725.13
US BANK                  UNSECURED          995.20            .00        995.20
KOHLS                    UNSECURED          340.46            .00        340.46
ECAST SETTLEMENT CORPORA UNSECURED         6923.18            .00       6923.18
ECAST SETTLEMENT CORP    UNSECURED         2446.25            .00       2446.25
STATE FARM BANK          UNSECURED           84.47            .00         84.47
          Summary of disbursements:
-----------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED   5308.95         .00     15514.69         .00      20823.64
PRINCIPAL PAID       5308.95         .00     15514.69         .00      20823.64
INTEREST PAID         254.60         .00          .00         .00        254.60
TOTAL PAID           5563.55         .00     15514.69         .00      21078.24
The Debtor's attorney, JOHN C RENZI                   , was allowed $   2050.00
and was paid $    700.00  direct and $   1350.00  through the plan.

The Trustee received $    986.63 .

Refunds to the Debtor totaled $    590.13 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/15/07                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE
```